UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

—————

No. 16-1969

—————

JEFFREY WORKMAN,
                                Appellant

v.

SUPERINTENDENT ALBION SCI;
DISTRICT ATTORNEY PHILADELPHIA;
ATTORNEY GENERAL PENNSYLVANIA

—————————————————

(E. D. Pa. No.2-14-cv-02957)

—————————

SUR PETITION FOR PANEL REHEARING

—————————

Present:  AMBRO, RESTREPO, and FUENTES, <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by appellees in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby  O R D E R E D  that the petition for rehearing by the panel is granted.  The opinion and judgment entered September 11, 2018 are hereby V A C A T E D.[1]  A subsequent opinion and judgment will be issued.

---

[1] As the merits panel has vacated the prior opinion and judgment, action is not required by the en banc court.

BY THE COURT,

s/ Julio M. Fuentes
Circuit Judge

Dated: October 30, 2018
CJG/cc:     Marshall L. Dayan, Esq.
             Lisa B. Freeland, Esq.
             Susan E. Affronti, Esq.
             Catherine B. Kiefer, Esq.